SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**KATE D.L. BROSSEAU, Deputy City Attorney (SBN 345596)**
kbrosseau@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, SAMUEL KORBS, RILEY START, and DUSTIN HENDERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MALLOY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SACRAMENTO; SAMUEL KORBS, in his individual capacity; RILEY START, in his individual capacity; DUSTIN HENDERSON, in his individual capacity,<br><br>　　　　　Defendants. | Case No.:  2:24-cv-01940-TLN-AC<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER** |

Plaintiff Kenneth Malloy and Defendants City of Sacramento, Samuel Korbs, and Riley Start, by and through their respective counsel, and subject to the approval of this Court, hereby stipulate to a modification of the Initial Scheduling Order in this matter. (ECF No. 3). Specifically, the parties respectfully request that the Initial Scheduling Order for this matter be modified to reflect the following dates, or to similar dates as the Court's calendar allows:

| | <u>Current Date</u> | <u>New Date</u> |
|---|---|---|
| Fact Discovery Cut-Off: | August 7, 2025 | **September 30, 2025** |
| Expert Disclosure: | October 6, 2025 | **December 1, 2025** |
| Rebuttal Expert Disclosure: | November 5, 2025 | **January 2, 2026** |

WHEREAS, the parties have had difficulty in coordinating schedules for discovery,

particularly as it pertains to the coordination of numerous named parties and percipient witnesses for deposition;

WHEREAS, counsel for the parties have met and conferred and agree that it would be in the interest of justice and judicial economy and that good cause exists for the modification of the scheduling order;

WHEREAS, this stipulation is not being made for the purpose of delay, or any other improper purpose;

WHEREAS, continuing the deadlines will not prejudice any party or their counsel;

WHEREAS, this is the parties' first request to modify the scheduling order; and

WHEREAS, the parties have attempted to contact the Court's Clerk to ascertain the availability of the above-listed dates as they pertain to the Court's calendar:

THEREFORE, the parties agree and stipulate to the above-requested modification to this Court's Initial Scheduling Order (ECF No. 3), or to similar dates as the Court's calendar allows.

**IT IS SO STIPULATED.**

DATED: July 8, 2025				SUSANA ALCALA WOOD,
						City Attorney


						By: /s/ KATE D.L. BROSSEAU
						   **KATE D.L. BROSSEAU**
						   Deputy City Attorney

						Attorneys for Defendants


DATED: July 8, 2025				MCKENZIE SCOTT


						By: /s/ MARCUS BOURASSA
						   **MARCUS BOURASSA**

						Attorneys for Plaintiff

**ORDER**

Having reviewed and considered the above stipulation, the scheduling order is modified to reflect the following deadlines:

|  | **New Date** |
|---|---|
| Fact Discovery Cut-Off: | **September 30, 2025** |
| Expert Disclosure: | **December 1, 2025** |
| Rebuttal Expert Disclosure: | **January 2, 2026** |

**IT IS SO ORDERED.**

DATED: July 8, 2025

_____
Troy L. Nunley
Chief United States District Judge