Timothy A. Scott (SBN 215074)
E: TScott@McKenzieScott.com
Marcus S. Bourassa (SBN 316125)
E: MBourassa@McKenzieScott.com
**McKENZIE SCOTT, PC**
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 202-7461

*Attorneys for Plaintiff*
*Kenneth Malloy*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MALLOY, | Case No.: 2:24-cv-01940-TLN-AC |
| Plaintiff, | **JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER** |
| vs. | |
| CITY OF SACRAMENTO, *et al.*, | |
| Defendants. | Hon. Troy L. Nunley |

Plaintiff Kenneth Malloy and Defendants City of Sacramento, Samuel Korbs, Dustin Henderson, and Riley Start, by and through their respective counsel, and subject to the approval of this Court, hereby stipulate to a modification of the operative Order governing scheduling in this matter (ECF No. 14).

Specifically, the parties respectfully request that the Scheduling Order for this matter be modified to reflect the following dates, or to similar dates as the Court's calendar allows:

| **Deadline** | **Current Date** | **New Date** |
|---|---|---|
| Fact Discovery Cut-Off: | September 30, 2025 | October 28, 2025 |
| Expert Disclosure: | December 1, 2025 | December 29, 2025 |
| Rebuttal Expert Disclosure: | January 2, 2026 | January 30, 2026 |

/ /

-1-
JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER

WHEREAS, the parties have taken the depositions of Plaintiff, all Defendants, and several City-designated 30(b)(6) witnesses, however, one of those Rule 30(b)(6) witnesses designated by the City testified that she was not prepared to testify on one of the noticed topics;

WHEREAS, the parties agree Plaintiff should be permitted to take an appropriate Rule 30(b)(6) deposition on that topic;

WHEREAS, Plaintiff plans to take the deposition of one additional City-designated 30(b)(6) witness;

WHEREAS, the identified witness is not available prior to the current fact discovery deadline, but is available in early to mid-October;

WHEREAS, counsel for the parties have met and conferred and agree that it would be in the interest of justice and judicial economy and that good cause exists for the modification of the scheduling order;

WHEREAS, this stipulation is not being made for the purpose of delay, or any other improper purpose;

WHEREAS, continuing the deadlines will not prejudice any party or their counsel;

WHEREAS, this is the parties' second request to modify the scheduling order;

WHEREAS the Court granted the parties' first request to modify the scheduling order at ECF No. 14:

THEREFORE, the parties agree and stipulate to the above-requested modification to this Court's Scheduling Order (ECF No. 14), or to similar dates as the Court's calendar allows.

1  **IT IS SO STIPULATED.**

                                              **McKENZIE SCOTT, PC**

Dated: September 29, 2025   By:   */s/Marcus S. Bourassa*
                                                     MARCUS S. BOURASSA
                                                     TIMOTHY A. SCOTT
                                                     *Attorneys for Plaintiff*
                                                     *Kenneth Malloy*

                                              **SACRAMENTO CITY ATTORNEY**

Dated: September 29, 2025   By:   */s/Kate D.L. Brosseau*
                                                     KATE D.L. BROSSEAU
                                                   *Deputy City Attorney*
                                                   *Attorneys for Defendants*

JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER

## ORDER

Having reviewed and considered the above stipulation, the scheduling order is modified to reflect the following deadlines:

| **Deadline** | **Current Date** | **New Date** |
| --- | --- | --- |
| Fact Discovery Cut-Off: | September 30, 2025 | October 28, 2025 |
| Expert Disclosure: | December 1, 2025 | December 29, 2025 |
| Rebuttal Expert Disclosure: | January 2, 2026 | January 30, 2026 |

**IT IS SO ORDERED.**

DATED: September 29, 2025

_____
Troy L. Nunley
Chief United States District Judge