Timothy A. Scott (SBN 215074)
E: TScott@McKenzieScott.com
Marcus S. Bourassa (SBN 316125)
E: MBourassa@McKenzieScott.com
**McKENZIE SCOTT, PC**
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 202-7461

*Attorneys for Plaintiff*
*Kenneth Malloy*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| KENNETH MALLOY, | Case No.: 2:24-cv-01940-TLN-AC |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER** |
| vs. | |
| CITY OF SACRAMENTO, *et al.*, | |
| Defendants. | Hon. Troy L. Nunley |

Plaintiff Kenneth Malloy and Defendants City of Sacramento, Samuel Korbs, Dustin Henderson, and Riley Start, by and through their respective counsel, and subject to the approval of this Court, hereby stipulate to a modification of the operative Order governing scheduling in this matter (ECF No. 16).

Specifically, the parties respectfully request that the Scheduling Order for this matter be modified to reflect the following dates, or to similar dates as the Court's calendar allows:

| **Deadline** | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosure: | December 29, 2025 | January 12, 2026 |

//
//
//

-1-
JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER

1     WHEREAS, the parties have completed fact discovery and have continued to work diligently in bringing this matter to a conclusion;

3     WHEREAS, the current deadline for Expert Disclosures falls during the holidays when Plaintiff's counsel's firm is closed and staff is out of office;

5     WHEREAS the parties agree that neither the Rebuttal Expert Deadline nor any other deadlines need be modified to accommodate the modification of the Expert Disclosures Deadline;

8     WHEREAS, the relevant witnesses have pre-existing holiday plans and obligations apart from their work in this matter;

10     WHEREAS, counsel for the parties have met and conferred and agree that it would be in the interest of justice and judicial economy and that good cause exists for the modification of the scheduling order;

13     WHEREAS, this stipulation is not being made for the purpose of delay, or any other improper purpose;

15     WHEREAS, continuing the deadlines will not prejudice any party or their counsel;

17     WHEREAS, this is the parties' third request to modify the scheduling order;

18     WHEREAS the Court granted the parties' first and second requests to modify the scheduling order at ECF Nos. 14 and 16, respectively:

20     THEREFORE, the parties agree and stipulate to the above-requested modification to this Court's Scheduling Order (ECF No. 16), or to similar dates as the Court's calendar allows.

//
//
//
//
//
//

**IT IS SO STIPULATED.**

                                                             **McKENZIE SCOTT, PC**

Dated: December 23, 2025         By:   */s/Marcus S. Bourassa*
                                                       MARCUS S. BOURASSA
                                                       TIMOTHY A. SCOTT
                                                       *Attorneys for Plaintiff*
                                                       *Kenneth Malloy*

                                                       **SACRAMENTO CITY ATTORNEY**

Dated: December 23, 2025         By:   */s/Kate D.L. Brosseau*
                                                       KATE D.L. BROSSEAU
                                                       *Deputy City Attorney*
                                                       *Attorneys for Defendants*

**ORDER**

Having reviewed and considered the above stipulation, the scheduling order is modified to reflect the following deadlines:

| **Deadline** | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosure: | December 29, 2025 | January 12, 2026 |

**IT IS SO ORDERED.**

DATED: December 29, 2025

_____
Troy L. Nunley
Chief United States District Judge